UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN OWENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF CARLOS BOLANOS, et al.,<br><br>　　　　Defendants. | Case No. 19-07215 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.[1] On March 20, 2020, the Court dismissed the complaint with leave to amend within twenty-eight days, i.e., no later than April 17, 2020.  Dkt. No. 8.

The deadline for Plaintiff to comply with the Court's order has passed.  Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice.  The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 6/16/2020

　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　United States District Judge

---

[1] This case was reassigned to this Court on November 26, 2019.  Dkt Nos. 5, 6.

Order of Dismissal
c:\users\kratzmanna\appdata\local\microsoft\windows\inetcache\content.outlook\u1wu0hmo\7215.owens_dis_amed_comp.docx